IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE SU,

        Plaintiff,

    v.

SIEMENS INDUSTRY, INC., et al.,

        Defendants.

NO. C12-3743 TEH

ORDER OF RECUSAL

I hereby recuse myself from the above-entitled action and request that the case be reassigned pursuant to Paragraph E.2 of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: 04/02/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT