GREGORY G. ISKANDER, Bar No. 200215
ALEXA L. WOERNER, Bar No. 267609
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
giskander@littler.com
awoerner@littler.com

Attorneys for Defendant
SIEMENS INDUSTRY, INC.

**FILED**

JUN 0 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JULIE SU, a California State Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations, State of California, on behalf of the People of the State of California,

  Plaintiff,

v.

SIEMENS INDUSTRY, INC., a Foreign Corporation; and DOES 1 to 10, Inclusive,

  Defendant.

Case No. 3:12-CV-03743-JST

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND HEARING DATE ON MOTION TO INTERVENE**

~~[PROPOSED]~~ **ORDER**

Current CMC Date: June 19, 2013
Proposed CMC Date: tbd

Current Motion Hearing Date: June 27, 2013
Proposed Motion Hearing Date: July 11, 2013

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:12-CV-03743-JST)

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND HEARING DATE ON MOTION TO INTERVENE

1  Defendant Siemens Industry, Inc. ("Defendant") and Plaintiff Julie Su ("Plaintiff") hereby
2  agree and stipulate as follows:
3  On May 31, 2013, the parties participated in a settlement conference, but were unsuccessful
4  in resolving the matter.
5  Lead counsel for Defendant has a pre-existing family vacation from June 12 to June 28,
6  2013.
7  The current Case Management Conference is set for June 19, 2013.
8  Charles Anderson filed a motion to intervene, which was originally set for hearing on May
9  30, 2013. On May 23, 2013, the Court re-set the hearing date on the Motion to Intervene for June
10  27, 2013.
11  Defendant and Plaintiff request that the Court continue the Case Management Conference to
12  either July 3 or 10, 2013. Alternatively, the parties agree and request that the CMC be re-set for a
13  date after the motion to intervene is heard.
14  Defendant and Charles Anderson stipulate and agree that the hearing on the motion to
15  intervene be continued to July 11, 2013.
16  **SO STIPULATED.**
   Dated: June 5, 2013

/S/ Gregory G. Iskander
GREGORY G. ISKANDER
LITTLER MENDELSON
Attorneys for Defendant
SIEMENS INDUSTRY, INC.

Dated: June 5, 2013

/S/ Michael L. Smith
MICHAEL L. SMITH
Dept. of Industrial Relations
Division of Labor Standards Enforcement
Attorneys for Plaintiff Julie Su

Dated: June 5, 2013

CHARLES R. ANDERSON

(NO. 3:12-CV-03743-JST)  2.  STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND HEARING DATE ON MOTION TO INTERVENE

## ORDER

Upon the parties' stipulation, and for good cause, it is HEREBY ORDERED that the Case Management Conference currently set for June 19, 2013 is continued to July 31, 2013 at 2:00 p.m. The hearing on Charles Anderson's Motion to Intervene, currently set for June 27, 2013, is continued to July 11, 2013, at 2:00 p.m.

**SO ORDERED.**

Dated: 6/6/13

Hon. Jon S. Tigar
United-Stated District Court Judge