UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE SU,

        Plaintiff,

    v.

SIEMENS INDUSTRY, INC.,

        Defendant.

Case No. 12-cv-03743-JST

**ORDER VACATING MOTION HEARING**

Re: ECF No. 35

       Before the Court is Charles Anderson's request to intervene as a party plaintiff. ECF No. 35. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for July 11, 2013, is hereby VACATED.

       **IT IS SO ORDERED**.

Dated: July 2, 2013

                                        JON S. TIGAR
                                   United States District Judge