UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE SU,

        Plaintiff,

   v.

SIEMENS INDUSTRY, INC.,

        Defendant.

Case No. 12-cv-03743-JST

**ORDER VACATING MOTION HEARING; ORDERING DEFENDANT AND INTERVENOR TO FILE ANY OPPOSITION TO THE MOTION TO CONTINUE THE TRIAL DATE WITHIN FIVE DAYS**

Re: ECF No. 67

The Court is in receipt of Defendant's motion to continue the trial date in this action. ECF No. 67. Notwithstanding the requirements of Civil Local Rule 40-1, the Court would prefer to address this request as though it were a motion to change time filed pursuant to Civil Local Rule 6-3(a). Therefore, the Court VACATES the hearing currently noticed for December 5, 2013, and ORDERS Plaintiff Julie Su and Intervenor Charles Anderson to file any opposition to the motion not later than five days from the date of this order. (Plaintiff may, if she wishes, simply notify the Court that she rests on the arguments made in her response to Plaintiff's now-withdrawn motion to continue. ECF No. 64.) Defendant may file a reply of not more than five pages within ten days of the date of this order. The Court will set the matter for hearing if one appears to be necessary, but otherwise will take the matter under submission.

**IT IS SO ORDERED.**

Dated: October 24, 2013



_____
JON S. TIGAR
United States District Judge