IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br><br>          Plaintiff,<br><br>     v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>          Defendant. | Case No.: 12-3743 JST (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTE (Dkt. No. 78)** |

On December 6, 2013, Plaintiff filed a letter seeking to preserve her ability to file a motion to compel regarding certain outstanding discovery given the close of fact discovery.[1] (Dkt. No. 78.) To the extent that the discovery referenced in Plaintiff's letter has not yet been provided, Defendant shall either provide the discovery to Plaintiff by Thursday, December 12, 2013 or notify Plaintiff that it does not intend to do so.

If a dispute remains, the parties shall meet and confer telephonically or in person on Friday, December 13, 2013. If the parties are unable to resolve the matter through meet and confer, they shall file a joint letter brief in accordance with the Court's Standing Order according to the following schedule. Plaintiff shall provide her portion of the statement to

---

[1] Although filed with the Honorable Judge Tigar, all discovery matters were referred to the undersigned magistrate judge on October 18, 2012 (Dkt. No. 16.)

Defendant by the close of business Tuesday, December 17; Defendant shall forward its portion of the statement to Plaintiff by the close of business December 19; Plaintiff shall file the letter brief with the Court on December 20 after modifying her portion of the brief to respond to Defendant's argument.

**IT IS SO ORDERED.**

Dated: December 10, 2013

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE