UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br><br>        Plaintiff,<br><br>    v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>        Defendant. | Case No.  12-cv-03743-JST<br><br>**ORDER SETTING TRIAL DATE**<br><br>Re: ECF No. 81 |

As discussed at the hearing held January 2, the Court hereby SETS the trial date in this action for June 2 through June 12, 2014.  As noted at the hearing, Plaintiff's motion to advance the trial date, ECF No. 74, has been WITHDRAWN.

**IT IS SO ORDERED.**

Dated:  January 2, 2014

                                                                                                                                                               JON S. TIGAR<br>                                                          United States District Judge