GREGORY G. ISKANDER, Bar No. 200215
JOHANNA CARNEY, Bar No. 277946
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:  925.932.2468
Facsimile:  925.946.9809
giskander@littler.com
jcarney@littler.com

Attorneys for Defendant
SIEMENS INDUSTRY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE SU, a California State Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations, State of California, on behalf of the People of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY, INC., a Foreign Corporation; and DOES 1 to 10, Inclusive,<br><br>Defendant. | Case No.  3:12-CV-03743-JST<br><br>**STIPULATED REQUEST TO CHANGE HEARING DATE ON PLAINTIFF'S AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[PROPOSED]** ORDER<br><br>Current Hearing Date:   April 10, 2014<br>Time:  2:00 p.m.<br><br>Proposed  Hearing Dates:<br><br>April 9, 2014, 2:00 pm [or]<br>April 10, 2014, 4:00pm<br><br>Trial Date: June 2, 2014 |

    Defendant Siemens Industry, Inc., Plaintiff Julie Su, and Intervenor Charles Anderson hereby agree and stipulate as follows:

    On February 28, 2014, both Plaintiff and Defendant filed motions for summary judgment, and both hearings are set for April 10, 2014.  This was the first available hearing date under the

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 3:12-CV-03743-JST)

STIPULATED REQUEST TO CHANGE HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT

Rules and the Court's calendar.  However, at the time Defendant filed its motion, the undersigned lead counsel for Defendant neglected to realize that he had an unavoidable conflict on April 10; specifically, an all-day mediation in another matter.  Counsel for Defendant diligently sought to move the mediation date, but the mediator could not accommodate any further dates for the next three months (until July) and could not find any other party to switch dates.  Defendant also attempted to continue the hearing date on its motion to the next regular hearing calendar on April 17, but further settings for that date were closed; moreover, Intervenor Anderson claimed a conflict for April 17.  Given that trial is set for June 2, the parties do not wish to further delay the motion beyond these dates and respectfully request that the Court accommodate counsel by specially setting the hearing. Specifically, all parties are in agreement, if the Court agrees, to have the motion heard:

First Choice:  Wednesday April 9, 2014, before or after the Court's Case Management Calendar.

Second Choice:  Thursday April 10, 2014, at 4:00 pm (to allow counsel for Defendant to appear following his mediation that day).

**SO STIPULATED.**

Dated: March 14, 2014

>   */S/ Gregory G. Iskander*
>   GREGORY G. ISKANDER
>   LITTLER MENDELSON
>   Attorneys for Defendant
>   SIEMENS INDUSTRY, INC.

Dated: March 14, 2014

>   */S/ Michael L. Smith*
>   MICHAEL L. SMITH
>   Dept. of Industrial Relations
>   Attorneys for Plaintiff Julie Su

Dated: March 14, 2014

>   /s/ Charles Anderson
>   CHARLES R. ANDERSON

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 3:12-CV-03743-JST)   2.   STIPULATED REQUEST TO CHANGE HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 14, 2014

*/S/ Gregory G. Iskander*
GREGORY G. ISKANDER
LITTLER MENDELSON
Attorneys for Defendant
SIEMENS INDUSTRY, INC.

## ORDER

Upon the parties' stipulation, and for good cause, it is HEREBY ORDERED that the hearing on the pending Motions for Summary Judgment by Plaintiff and Defendant, currently set for April 10, 2014 at 2:00 pm, is moved to April 9, 2014 at 10:00 a.m.

**SO ORDERED.**

**Dated: March 17, 2014**

IT IS SO ORDERED

Judge Jon S. Tigar