United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>　　　　Defendant. | Case No.  12-cv-03743-JST<br><br>**ORDER ADVISING PARTIES OF COURT'S TENTATIVE ORDER**<br><br>Re: ECF Nos. 83 & 85 |

　　　The Court has prepared a tentative order in response to the parties' motions for summary judgment, noticed for hearing on Wednesday, April 9, 2014.  The tentative order is attached at Exhibit A.  The tentative order has been issued solely to prepare counsel for oral argument.  ***The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.***

Dated: April 7, 2014



JON S. TIGAR
United States District Judge