United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br>    Plaintiff,<br>  v.<br>SIEMENS INDUSTRY, INC.,<br>    Defendant. | Case No. 12-cv-03743-JST<br><br>**ORDER CLARIFYING OPPOSITION AND REPLY BRIEF DEADLINES**<br><br>Re: ECF Nos. 138 & 139 |

On May 27, Plaintiff filed a motion to shorten time, and a motion for clarification, and noticed the hearing on the motion for clarification for June 19, in violation of Civil Local Rule 7-2(a). ECF No. 129. The court denied the motion to shorten time, and ordered Plaintiff to re-notice the motion for clarification consistent with Civil Local Rule 7-2(a). ECF No. 137.

Plaintiff then re-noticed the motion for clarification for hearing on July 10, consistent with Civil Local Rule 7-2(a), and listed the deadline for opposition as June 10, and the deadline for replies as June 17. ECF No. 138. Then, Plaintiff "corrected" the notice to state that the deadline for opposition is June 18, and the deadline for replies is June 25. ECF No. 139.

Plaintiff had the opposition and reply brief deadlines correct the first time. "The opposition must be filed and served not more than 14 days after the motion was filed." Civ. L.R. 7-3(a). Plaintiff's motion for clarification was filed on May 27, and so any opposition brief must be filed by June 10. Any reply brief is due June 17. Civ. L. R. 7-3(c). The fact that Plaintiff re-noticed the hearing for a later date does not change the briefing deadlines, which are calculated from the date the motion is filed.

/ / /

/ / /

/ / /

1   The parties may submit a stipulation or a motion to alter the briefing deadlines, but until
2   the court issues an order changing the deadlines, the Local Rules apply.
3   **IT IS SO ORDERED.**
4   Dated: June 6, 2014

_____
JON S. TIGAR
United States District Judge