UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>　　　　　Defendant. | Case No.  12-cv-03743-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 129 |

　　　　Before the Court is Plaintiff's Motion for Clarification.  Dkt. No. 129.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for July 10, 2014, is hereby VACATED.

　　　　**IT IS SO ORDERED**.

Dated: July 1, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge