UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE SU,

        Plaintiff,

   v.

SIEMENS INDUSTRY, INC.,

        Defendant.

Case No. 12-cv-03743-JST

**ORDER DENYING MOTION TO SHORTEN TIME; CONTINUING STAY OF EFFECT OF PREVIOUS ORDER GRANTING LEAVE TO BRING INTERLOCUTORY APPEAL**

Re: ECF No. 154

The Court DENIES Plaintiff's motion for an order shortening Defendant's time to oppose Plaintiff's motion to seek interlocutory appeal. Plaintiff's efforts to seek a stipulation, Civil Local Rule 6-3(a)(2), were insufficient. Moreover, Plaintiff has not identified any "substantial harm or prejudice that would occur if the Court did not change the time." Civ. L.R. 6-3(a)(3).

The stay of this action remains in effect. The court also further STAYS the effect of its previous order granting Plaintiff leave to seek interlocutory appeal. That order will now take effect ten days after the Court issues an order on Plaintiff's current, and final, motion for interlocutory appeal.

**IT IS SO ORDERED.**

Dated: August 5, 2014

                                                  _____
                                                  JON S. TIGAR
                                                  United States District Judge