1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   JULIE SU,

    Plaintiff,

    Case No. 12-cv-03743-JST
8
9   v.

    **ORDER VACATING MOTION HEARING**
10  SIEMENS INDUSTRY, INC.,

    Defendant.

    Re: Dkt. No. 154
11
12
13   Before the Court is Plaintiff's motion for leave to file an interlocutory appeal. Dkt. No.
14  154. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court
15  finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for
16  disposition without oral argument. The hearing on this matter, currently scheduled for September
17  25, 2014, is hereby VACATED.
18   **IT IS SO ORDERED**.
19  Dated: September 15, 2014

    _____
    JON S. TIGAR
    United States District Judge