| | |
|---|---|
| 1 | GREGORY G. ISKANDER, Bar No. 200215 |
| | JOHANNA R. CARNEY, Bar No. 277946 |
| 2 | LITTLER MENDELSON, P.C. |
| | Treat Towers |
| 3 | 1255 Treat Boulevard, Suite 600 |
| | Walnut Creek, California  94597 |
| 4 | Telephone:    925.932.2468 |
| | Facsimile:      925.946.9809 |
| 5 | giskander@littler.com |
| | jcarney@littler.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | SIEMENS INDUSTRY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE SU, a California State Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations, State of California, on behalf of the People of the State of California,, <br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY, INC., a Foreign Corporation; and DOES 1 to 10, Inclusive,<br><br>Defendant. | Case No.  3:12-CV-03743-JST<br><br>[~~PROPOSED~~] ORDER AUTHORIZING USE OF ELECTRONIC EQUIPMENT AT TRIAL<br><br>**[Civil Local Rule 7-11]**<br><br>Judge:    Hon. Jon S. Tigar<br><br>Trial Date: June 2, 2014 |

Defendant Siemens Industry, Inc.'s Administrative Motion for an Order Authorizing Use of Electronic Equipment at Trial, brought pursuant to United States District Court for the Northern District of California, Civil Local Rule 7-11, and the Northern District's General Order No. 58 Regulating Possession and Use of Electronic Devices in the Courthouse, was considered by this Court. Based on the Motion, the evidence and pleadings in this case, and for good cause appearing, the Court authorizes Defendant to bring into the courtroom and utilize the following equipment for trial: a T60 presentation laptop, Lenovo laptop(s), a speakers system, five LCD Monitors (or a

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

number of monitors sufficient to allow the jury, the Court, and counsel to view electronic exhibits), a keyboard and mouse, a 50' VGA Cable, power strip(s), extension cord(s) and miscellaneous cables.

IT IS SO ORDERED.

Dated: _____July 16_____, 2014



(CASE NO. 3:12-CV-03743-JST)  2.  [~~PROPOSED~~] ORDER AUTHORIZING USE OF ELECTRONIC EQUIPMENT AT TRIAL

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468