UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br><br>   Plaintiff,<br><br> v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>   Defendant. | Case No.  12-cv-03743-JST<br><br>**ORDER CONTINUING TRIAL** |

  Compelling medical reasons require the Court to continue the trial currently scheduled for Monday, August 17, 2015.  Jury selection will now begin instead on Monday, November 30, 2015, at 8:30 a.m.

  The Court apologizes for the lateness of this notice.

  **IT IS SO ORDERED.**

Dated: August 14, 2015



             JON S. TIGAR
            United States District Judge