| | |
|---|---|
| 1 | STATE OF CALIFORNIA |
| | Division of Labor Standards Enforcement |
| 2 | Department of Industrial Relations |
| | By:    MICHAEL L. SMITH, SBN 252726 |
| 3 |          1515 Clay Street, Suite 801 |
| |          Oakland, CA  94612 |
| 4 |          Tel. (510) 622-3246 |
| |          Fax. (510) 622-3258 |
| 5 |          mlsmith@dir.ca.gov |
| 6 |         DORIS NG, SBN 169544 |
| |         455 Golden Gate Avenue, 9th Floor |
| 7 |         San Francisco, CA 94102 |
| |         Tel: (415) 703-4863 |
| 8 |         Fax: (415) 703-4806 |
| |         dng@dir.ca.gov |
| 9 | Attorneys for Plaintiff, JULIE SU, California State |
| | Labor Commissioner |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE SU, California State Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations, State of California, on behalf of the People of the State of California, | Case No.  3:12-cv-03743 JST |
| | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MOVE TRIAL DATE |
| Plaintiff, | |
| v. | |
| SIEMENS INDUSTRY, INC., a Foreign Corporation; and DOES 1 to 10, Inclusive, | |
| Defendants. | |

The Court, having heard all parties and their counsel on Plaintiff's Motion to Move Trial Date, hereby GRANTS Plaintiff's Motion for good cause shown.

IT IS HEREBY ORDERED that:

February 8, 2016 at 8:30 a.m.

The Trial in this action is re-scheduled to commence on ~~February [1] [8] [22], 2016~~.

1   IT IS SO ORDERED.

3   Dated: September 3, 2015

