UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br><br>    Plaintiff,<br><br>    v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>    Defendant. | Case No.  12-cv-03743-JST<br><br>**ORDER RE: SETTLEMENT**<br><br>Re: ECF No. 212 |

On November 19, 2015, Magistrate Judge Joseph C. Spero conducted a settlement conference in this case.  ECF No. 212.  The minutes of the settlement conference indicate that the parties reached a settlement and that the settlement was placed on the record.  Id.

The minutes also state that the settlement "is subject to approval by Judge Tigar."  Id.  Accordingly, the Court orders the parties to submit whatever documents are required to finalize their settlement within 21 days of the date of filing of this order.  Once those documents are filed, the Court will either issue an order approving the settlement or, if necessary, schedule a hearing.

IT IS SO ORDERED.

Dated:  December 14, 2015

JON S. TIGAR
United States District Judge