1  GREGORY G. ISKANDER, Bar No. 200215
   LITTLER MENDELSON, P.C.
2  Treat Towers
   1255 Treat Boulevard, Suite 600
3  Walnut Creek, California  94597
   Telephone:   925.932.2468
4  Facsimile:    925.946.9809
   giskander@littler.com
5  jcarney@littler.com

6

7  Attorneys for Defendant
   SIEMENS INDUSTRY, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  JULIE SU, a California State Labor          Case No.  3:12-CV-03743-JST
    Commissioner, Division of Labor
14  Standards Enforcement, Department of        **STIPULATION AND  REQUEST TO**
    Industrial Relations, State of California, on  **VACATE TRIAL DATE**
15  behalf of the People of the State of
    California,                                 **[PROPOSED]** ORDER

16                Plaintiff,                    Trial Date: February 8, 2016

17        v.

18  SIEMENS INDUSTRY, INC., a Foreign
    Corporation; and DOES 1 to 10, Inclusive,
19
                  Defendant.
20

21

22
            Defendant Siemens Industry, Inc., and Plaintiff Julie Su, hereby submit the following
23
    Stipulation and Request to Vacate Trial Date and [Proposed] Order to Vacate Trial Date on the
24
    following grounds:
25
            On November 19, 2015, Plaintiff and Defendant agreed to settlement terms;
26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 3:12-CV-03743-JST)                        STIPULATION AND REQUEST TO VACATE
                                               TRIAL DATE

1  Because Intervenor Anderson did not agree to settlement terms, the settlement was conditioned on the Court approving the settlement and dismissing the case with prejudice as to all parties;

Plaintiff intends to file a request pursuant to F.R.C.P. 41 for dismissal with prejudice on or before January 19, 2016, as a noticed motion (to allow Intervenor Anderson to object or oppose if he so chooses) with a hearing date of February 25, 2016, to which Defendant will join.

The current trial date in this matter is February 8, 2016.

Therefore, Plaintiff and Defendant jointly request that the Court vacate the current trial date pending dismissal of the case, or in the alternative, reset trial for late May or early June 2016, or otherwise set a trial setting conference for May or June 2016.

**SO STIPULATED.**

Dated: January 12, 2016

/S/ Gregory G. Iskander
GREGORY G. ISKANDER
LITTLER MENDELSON
Attorneys for Defendant
SIEMENS INDUSTRY, INC.

Dated: January 12, 2016

/S/ Michael L. Smith
MICHAEL L. SMITH
Dept. of Industrial Relations
Attorneys for Plaintiff Julie Su

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 12, 2016

/S/ Gregory G. Iskander
GREGORY G. ISKANDER
LITTLER MENDELSON
Attorneys for Defendant
SIEMENS INDUSTRY, INC.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:12-CV-03743-JST)   2.   STIPULATION AND REQUEST TO VACATE TRIAL DATE

## **ORDER**

Upon the parties' stipulation, and for good cause, it is HEREBY ORDERED that the Trial Date, currently set for February 8, 2016 at 8:30 a.m., is vacated.

**SO ORDERED.**

**Dated: January 12, 2016**

_____
Hon. Jon S. Tigar
United Stated District Court Judge

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 3:12-CV-03743-JST)   3.   STIPULATION AND REQUEST TO VACATE TRIAL DATE