United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE SU,

          Plaintiff,

    v.

SIEMENS INDUSTRY, INC.,

          Defendant.

Case No.  12-cv-03743-JST

**ORDER**

Re: ECF No. 221

The Court will hold Intervenor Charles Anderson's Motion to Reset Trial Date, ECF No. 221, in abeyance pending the resolution of Plaintiff's Motion Requesting Approval of Settlement Agreement and Conditional Dismissal with Prejudice, ECF No. 223.  No response to ECF No. 221 need be filed until further order of the Court.

    IT IS SO ORDERED.

Dated: January 27, 2016

                                 JON S. TIGAR
                           United States District Judge