UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>　　　　Defendant. | Case No. 12-cv-03743-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 223 |

　　Before the Court is Plaintiff's Motion Requesting Approval of Settlement. ECF No. 223. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 24, 2016, is hereby vacated.

　　IT IS SO ORDERED.

Dated: March 14, 2016

_____
JON S. TIGAR
United States District Judge